

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00250-CR

| | | |
|---|---|---|
| KEVIN BRIAN MORRIS, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1734442D) |
| V. | § | November 23, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker